# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SABRINA HALL, Individually and on Behalf of All Those Similarly Situated,<br><br>   Plaintiffs,<br><br>   vs.<br><br>MASON TRANSPORATION SERVICES, INC.; K&J AUTO LOGISTICS, INC.; and KEMBERT MASON, Jointly and Severally,<br><br>   Defendants. | Civ. Action No. 1:17-cv-05237<br><br>The Honorable Timothy C. Batton, Sr.<br><br>JURY TRIAL DEMANDED |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY

COME NOW Plaintiff Sabrina Hall and Defendants Mason Transportation Services, Inc., K&J Auto Logistics, Inc., and Kembert Mason (*collectively*, "Parties") and hereby give notice that the Parties have reached a settlement resolving all claims asserted in the above-captioned case. As this Court has explained, to avoid additional expenses associated with litigation pending a settlement, litigants may request an extension of deadlines or a stay of the matter. E.g., Unique Sports Prods. v. Wilson Sporting Goods Co., 512 F. Supp. 2d 1318, 1329 (N.D. Ga. 2007). Here, the Parties represent that a stay of the above-captioned proceedings is necessary to complete and execute settlement documents

Page 1 of 2
Hall v. Mason Transportation Services, Inc., *et al.*, Civ. Action No. 1:17-cv-05237
Joint Notice of Settlement and Request for Stay

without incurring additional unnecessary litigation expenses.  The Parties further represent that this first request for a stay is made in good-faith and not for the purpose of delay.  Therefore, the Parties respectfully request that the Court grant the instant request, stay the above-captioned case for thirty (30) days pending completion and execution of settlement documents, and afford any additional relief the Court deems appropriate.

Respectfully submitted, this 30th day of March 2018.

| THE LAW OFFICES OF BRANDON A. THOMAS, PC | MOLDEN & ASSOCIATES |
|---|---|
| /s/ Brandon A. Thomas<br>BRANDON A. THOMAS<br>Georgia Bar No. 742344<br>1800 Peachtree Street, NW, Suite 300<br>Atlanta, Georgia 30309<br>(404) 343-2441<br>(404) 352-5636 (facsimile)<br>Email:  brandon@brandonthomaslaw.com<br><br>*Counsel for Plaintiff Sabrina Hall* | /s/ Regina S. Molden<br>REGINA S. MOLDEN<br>Georgia Bar No. 515454<br>T. ORLANDO PEARSON<br>Georgia Bar No. 180406<br>Peachtree Center – Harris Tower, Suite 1245<br>233 Peachtree Street, NE<br>Atlanta, Georgia 30303<br>(404) 324-4500<br>(404) 324-4501 (facsimile)<br>Email:  rmolden@moldenlaw.com<br>Email:  TOPearson@moldenlaw.com<br><br>*Counsel for Mason Transportation Services, Inc., K&J Auto Logistics, Inc., and Kembert Mason* |

Page 2 of 2
Hall v. Mason Transportation Services, Inc., et al., Civ. Action No. 1:17-cv-05237
Joint Notice of Settlement and Request for Stay

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| SABRINA HALL, Individually and on Behalf of All Those Similarly Situated,<br><br>  Plaintiffs,<br><br>  vs.<br><br>MASON TRANSPORATION SERVICES, INC., *et al.*,<br><br>  Defendants. | Civ. Action No. 1:17-cv-05237<br><br>The Honorable Timothy C. Batton, Sr.<br><br>JURY TRIAL DEMANDED |

## **LOCAL RULE 7.1(D) CERTIFICATION**

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(B).

Respectfully submitted, this 30th day of March, 2018.

>THE LAW OFFICES OF BRANDON A. THOMAS, PC
>
> */s/ Brandon A. Thomas*
>BRANDON A. THOMAS
>Georgia Bar No. 742344
>1800 Peachtree Street, NW, Suite 300
>Atlanta, Georgia 30309
>(404) 343-2441
>(404) 352-5636 (facsimile)
>Email:  brandon@brandonthomaslaw.com
>
>*Counsel for Plaintiff Sabrina Hall*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SABRINA HALL, Individually and on Behalf of All Those Similarly Situated,<br><br>      Plaintiffs,<br><br>      vs.<br><br>MASON TRANSPORATION SERVICES, INC., *et al.*,<br><br>      Defendants. | Civ. Action No. 1:17-cv-05237<br><br>The Honorable Timothy C. Batton, Sr.<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Joint Notice of Settlement and Request for Stay** has been filed with the Clerk using the CM/ECF system which will send notification of same to the attorney(s) of record.

Respectfully submitted, this 30th day of March, 2018.

 */s/ Brandon A. Thomas*
BRANDON A. THOMAS
Georgia Bar No. 742344
1800 Peachtree Street, NW, Suite 300
Atlanta, Georgia 30309
(404) 343-2441
(404) 352-5636 (facsimile)
Email:  brandon@brandonthomaslaw.com

*Counsel for Plaintiff Sabrina Hall*