IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SABRINA HALL, et al.,

              Plaintiffs,

        v.

MASON TRANSPORTATION
SERVICES, INC., et al.,

              Defendants.

CIVIL ACTION FILE NO.

1:17-cv-5237-TCB

## **ORDER**

The Court has reviewed the parties' Severance Agreement and Full and Final Release of Claims and hereby APPROVES of the parties' severance agreement.

The Court hereby DIRECTS the Clerk to administratively close the case and terminate any pending motions.  The parties shall file a dismissal upon finalization of the settlement documents.  If settlement negotiations fail, the parties should promptly move to reopen the case.[1]

---

[1] Administratively closing a case is a docket control device used by the Court for statistical purposes.  The parties need only file a motion to reopen the case if settlement negotiations fail.  In addition, this Order will not prejudice the rights of the parties to this litigation in any manner.

AO 72A
(Rev.8/82)

**SO ORDERED** this 10th day of May, 2018.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)